**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 22-61 |
| CHELSEA GEE | SECTION "P" |

## NOTICE OF PRELIMINARY HEARING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been **set** for **PRELIMINARY HEARING** on **August 2, 2024 at 10:00 a.m.,** in open court, before Magistrate Judge Janis van Meerveld, Federal Courthouse Building, 500 Poydras Street, New Orleans, LA 70130.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: July 22, 2024 | CAROL L. MICHEL, CLERK |
| TO:<br>CHELSEA GEE (CUSTODY)<br>**COUNSEL FOR CHELSEA GEE:**<br>Claude Kelly | by:  Courtney Ancar,<br>       Deputy Clerk<br><br>AUSA JORDAN GINSBERG<br><br>U.S. Probation/Pretrial Officer<br><br>FOREIGN LANGUAGE<br>INTERPRETER: <u>NONE</u> |