MINUTE ENTRY
PAPILLION, J.
NOVEMBER 21, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-61 |
| CHELSEA GEE | SECTION P(2) |

JUDGE DARREL JAMES PAPILLION, PRESIDING

| | |
|---|---|
| CASE MANAGER: | Courtney Ancar |
| COURT REPORTER: | Karen Ibos |
| APPEARANCES BY: | Jordan Ginsberg, for the government |
| | Carol Kolinchak, for Defendant |
| | Johnny Alexander, U.S. Probation |
| | Chelsea Gee, Defendant |

**REVOCATION**
Court begins at 9:01 a.m.
All parties were present. Counsel made their appearances for the record.
The defendant was placed under oath.
Court states violations.
Defendant stipulates to the violations of the conditions of supervised release.
The Court finds that the defendant violated conditions of supervised release.
Statement by defendant in mitigation of sentence.
Statement by counsel for defendant in mitigation of sentence.
Statement by Government.
Statement by United States Probation.
Recess 9:33 – 10:05 a.m.
The defendant's term of supervised release is REVOKED.
Defendant sentenced and remanded.
See Judgment and Commitment Order.
Court adjourned at 10:16 a.m.

_____

JS-10:00:43