MINUTE ENTRY
VAN MEERVELD, M.J.
FEBRUARY 24, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

CHELSEA GEE

CRIMINAL ACTION

NO: 22-61

SECTION **"P"**

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES: X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL FPD for appointment
      X  ASSISTANT U.S. ATTORNEY JORDAN GINSBERG — Paul Hubbell for
      ___ PROBATION OFFICER   JOHNNY ALEXANDER
      ___ INTERPRETER _____ SWORN
        (TIME: _____ .M to _____ .M)
___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
_X_/ DEFENDANT WAS ADVISED OF HER RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

_X_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___/ BOND SET AT _____

___/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON
THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.
___/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY
EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY
AND ORDERED TO DO SO TIMELY.
_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___/ DEFENDANT RELEASED ON BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
  3-10-2025 @ 2pm.
_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
  2-26-2025 @ 1pm.
**_X_/ RULE TO REVOKE SUPERVISED RELEASE WILL BE SET**
  **BEFORE UNITED STATES DISTRICT JUDGE DARREL JAMES PAPILLION**

MJSTAR: 00:09