UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 22-61 |
| CHELSEA GEE | SECTION "P" |

## NOTICE OF DETENTION HEARING/PRELIMINARY HEARING
(Previously set for 3/10/2025)

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been **reset** for a **DETENTION HEARING** and **PRELIMINARY HEARING** on **March 13, 2025 at 3:30 p.m.,** in open court, before Magistrate Judge Janis van Meerveld, Federal Courthouse Building, 500 Poydras Street, New Orleans, LA 70130.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: March 12, 2025

TO:
CHELSEA GEE (CUSTODY)
**COUNSEL FOR CHELSEA GEE:**
Carol Anne Kolinchak

CAROL L. MICHEL, CLERK

by: Courtney Ancar,
Deputy Clerk

AUSA Jordan Ginsberg

U.S. Probation/Pretrial Officer

FOREIGN LANGUAGE
INTERPRETER: <u>NONE</u>