# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VS. | * | |
| | * | No. 22-61 |
| CHELSEA GEE | * | |
| | * | SECTION P |

## ORDER

The Court having considered the Unopposed Motion to Continue Detention Hearing and Preliminary Hearing finds it appropriate to grant the continuance,

**It is therefore ordered**, that the Detention Hearing and Preliminary Hearing in this matter is continued from Wednesday, March 19, 2025 until the 31st day of March, 2025 at 2:00 p.m.

New Orleans, Louisiana, this 18th day of MARCH, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

1